# EXHIBIT C

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Re: 14 114 01405 11
    AAMCO Transmissions, Inc.           (Claimant)
    and
    Gladys Y. Pazmino                (Respondent)

## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the parties, and dated November 7, 1994, and having been duly sworn and the oral hearings having been waived in accordance with the Rules, and having fully reviewed and considered the written documents submitted to me by Claimant, and Respondent having failed to submit documents after due notice by mail in accordance with the Rules, hereby AWARD as follows:

1.     Respondent shall pay to Claimant the sum of Ninety-Five Thousand Six Hundred Twenty-Eight Dollars and Twenty-Five Cents ($95,628.25), itemized as follows:

    (a)    Eighty-Five Thousand Nine Hundred Twenty-Seven Dollars and Seventy-Three Cents ($85,927.73) for Claimant's underlying claim;

    (b)    Eight Thousand One Hundred Twenty-Five Dollars and Fifty-Two Cents ($8,125.52) for pre-Award interest thereon; and

    (c)    One Thousand Five Hundred Seventy-Five Dollars ($1,575.00) for Claimant's attorneys' fees.

2.     Respondent shall pay to Claimant post-Award interest on the above sum at the rate of eighteen percent (18%) per annum from the date of this Award, until paid in full.

3.     The administrative fees of the American Arbitration Association totaling $1,850.00 and the compensation of the arbitrator totaling $1,350.00 shall be borne by Respondent. Therefore, Respondent shall reimburse Claimant the sum of $3,200.00, representing that portion of said fees in excess of the apportioned costs previously incurred by Claimant.

This Award is in full settlement of all claims submitted to this arbitration. All claims not expressly granted herein are hereby, denied.

_2/17/12_
Date

_H. J. Mondoil_
Harry T. Mondoil, Esq.